So, this is a case report. My name's Dan and I'm going to share this with you now. I'm going to talk about my representative team, and then I'm going to give you some key speeches. So, here we go. This is a case involving some policy decisions that I've never heard of. So, let's talk about what we are hearing here today. It's a lower court's decision on a motion for summary judgment. There were three primary errors in this case. First was, we came to a factual decision despite the fact that this is not a motion for summary judgment. Second, we came to a conceptual decision that was wrong in any manner of law. And also, there's this very small question that's bothering me, and that is, can you say that you have a support with Aristotle's proceeding as opposed to Lawson's? So, I'm sorry, I'm not sure you said that. In each of our cases, let me get some additional research on this, and in something as loud as interference, they are allowed to proceed through the whole process. That's what I'm saying. Yeah. It's pretty insane to me to lose these public services to interference. If there's not any person that's been on your system since, and even if they were not in the process to go on their own, once they were allowed to intervene, if you have the same interference, who are you? If you are a member in this case, you have openly constitutional standing. There is no choice. You are a person. And if you have an agency, and just in any case, you are a member of every party of what happens here. If H.D. can discourage people's genocide, then he is going to go to the top of the city to make this serious for any college student who gets in I'm saying that you are currently being sent to the top of your party just because H.D. is saying that to me, compared to the rest of the country. H.D. still remains certain that this case decision will create the right result for your college students. And I just want to make sure you're all hearing this. There have been a few times when you've heard that they've all been involved in street beatings. They've all been involved in those cases calling for your water rights. And who are water rights? Who are those? A man? A woman? A man? And then they brought a female. The court said that even though every single one of those those farmers could show a literal change, that you'd actually be able to find a farming day in and day out in the future if they believed the intent would be a different thing than it is to show you that you've always had a relationship with your family and that you can get yourself a water right. And then there's a lot of personalities involved in that and I'm sure some of you can speak to that. Well, I think that the county meeting is right off the bat. So she's talking about this in a way of asking this as a character in which she's not intervening in a way which is part of her role. And then there's an audience that previously stated that there were some of them who were more interested in being part of the community for years to report any changes that have been made to her relationship to the city or to her community. Also, I would like to raise your consideration on prioritizing the role of representation and not necessarily the role of jurisdiction. I think it's important to challenge the charge of necessariness of the city to intervene or to participate as the intervener. It's a challenge to determine the order and how necessary it is to intervene. I think in this case it's a major cost of being there for a patient's standing. The one she's right in standing as the person who has  be there for  patient's standing is a major cost of being there for a patient's standing. So, I think it's important to challenge the charge of necessariness of being there for  patient's standing.  it's important to challenge the charge of necessariness of being there for a patient's standing. I think it's important there for patient's standing. I think standing. I think it's  to challenge challenge the charge of being   a patient's standing. I think it's important to challenge the charge of being there for to challenge the charge  being there for a think it's  to challenge the charge  there for a patient's standing. I think it's important to challenge the charge being there for a patient's standing. I think it's important to challenge the charge  there for a important to challenge the  being to challenge the being there for a
judges: Farris, O'scannlain, Christen